Jeffrey L. Mendelman (SBN 305629)
CASE LAW LTD.
580 California Street, 12th Floor
San Francisco, CA 94104
Phone: (833) 227-3583
Fax Number: (415) 520-5405
Email: admin@caselawltd.com

Attorney for Plaintiff JOHN DOE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BORDERLAND BEAT, BLOGGER.COM, GOOGLE LLC, EL SIGLO DE TORREON, NOVENTA GRADOS, CODIGO ROJO NOTICIAS, INFOBAE, EL MANANA, REPORTE NIVEL UNO, OMNIA, VALOR TAMAULIPECO, REFORMA, EL NORTE, NOTICIAS PV NAYARIT, VANGUARDIA, and ROES 1-50, inclusive,<br><br>　　　　　Defendants. | Case No.: ~~3:20-cv-06822~~ 4:20-cv-06822 KAW<br><br>~~[PROPOSED]~~ **ORDER RE: LEAVE TO PROCEED IN THIS MATTER UNDER A PSEUDONYM** |

**IT IS HEREBY ORDERED** that, after considering the records in this action including the Complaint, and the instant motion, it is hereby ordered that Plaintiff's motion for leave to proceed under a pseudonym is GRANTED. The Court orders that Plaintiff may proceed under a pseudonym, that Defendants are prohibited from disclosing Plaintiff's identity to any third party unless such disclosure is necessary to defend against this action (and if so, with a protective order), and any party that publicly files a document identifying Plaintiff shall redact all personal identifying information in accordance with Fed. R. Civ. P. 5.2.

**IT IS SO ORDERED.**

1  DATED: __October 5__, 2020

                                                                                  *IT IS SO ORDERED*
*Kandis Westmore*
Judge Kandis Westmore

_____
Hon.
MAGISTRATE JUDGE

- 2 -
ORDER RE: LEAVE TO PROCEED IN THIS MATTER UNDER A PSEUDONYM