Joshua Koltun (Bar No. 173040)
Attorney
1 Sansome Street
Suite 3500, No. 500
San Francisco, California 94104
Telephone: 415.680.3410
Facsimile: 866.462.5959
joshua@koltunattorney.com

Attorney for Defendant Roe 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>   Plaintiff,<br><br>v.<br><br>BORDERLAND BEAT, BLOGGER.COM, GOOGLE LLC, EL SIGLO DE TORREON, NOVENTO GRADOS, CODIGO ROJO NOTICIAS, INFOBAE, EL MANANA, REPORTE NIVEL UNO, OMNI, VALOR TAMAULIPECO REFORMA, EL NORTE, NOTICIAS PV NAYARIT, VANGUARDIA, and ROES 1-50, INCLUSIVE,<br><br>   Defendants. | Case No.: 4:20-cv-06822-JD<br><br>ROE 1 CERTIFICATION re NON-PARTY INTERESTED PERSONS |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the parties, there is no such interest to report. Insofar as Civil LR 3-15 might be construed to require Roe to automatically disclose her identity or that of any of the persons who have posted on Borderland Beat at this stage of the proceedings, Roe objects that the rule violates Roe's right to anonymous speech and association under the First Amendement, and that of the other anonymous contributors to Borderland Beat.

Dated: January 11, 2021   \_\_\_\_\_\s\_____
Joshua Koltun
Attorney for Defendant Roe 1