Jeffrey L. Mendelman (SBN 305629)
CASE LAW LTD.
580 California Street, 12th Floor
San Francisco, CA 94104
Phone: (833) 227-3583
Fax Number: (415) 520-5405
Email: admin@caselawltd.com

Attorney for Plaintiff JOHN DOE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>vs.<br><br>BORDERLAND BEAT, BLOGGER.COM, GOOGLE LLC, EL SIGLO DE TORREON, NOVENTA GRADOS, CODIGO ROJO NOTICIAS, INFOBAE, EL MANANA, REPORTE NIVEL UNO, OMNIA, VALOR TAMAULIPECO, REFORMA, EL NORTE, NOTICIAS PV NAYARIT, VANGUARDIA, and ROES 1-50, inclusive,<br><br>    Defendants. | Case No.: 3:20-cv-06822-JD<br><br>**MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT EL MANANA**<br><br>(Federal Rules of Civil Procedure Rule 55 (a)) |

## MOTION

Plaintiff John Doe, by and through his attorney, hereby moves for an entry of default pursuant to Fed. R. Civ. P. 55(a) in the above-captioned matter. Plaintiff asks that the Court Clerk enter a default pursuant to Fed. R. Civ. P. 55(a) as to Defendant El Manana only as Defendant El Manana has failed to plead or otherwise defend this action under the time

limits of Fed. R. Civ. P 12(a)(1)(A)(i) as shown the by affidavit proof of service attached as Exhibit A.

This motion is made on the grounds set forth in the accompanying Memorandum of Points and Authorities, all pleadings and papers filed in this action.

Dated: February 8, 2021.   Respectfully submitted,
CASE LAW LTD.

   /s/ Jeffrey L. Mendelman
JEFFREY L. MENDELMAN
Attorney for Plaintiff

## MEMORANDUM OF POINTS AND AUTHORITIES

### INTRODUCTION

Defendant El Manana was served through its agent for service of process at its principal place of business, in person, on January 15, 2021. Exh. A. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Defendant El Manana must have filed a responsive pleading within twenty-one days, or February 6, 2021. Exh. A. Therefore, pursuant to Fed. R. Civ. P. 55(a), a default should enter forthwith.

### ARGUMENT

In general, a party must file a responsive pleading within twenty-one days after being served with a summons and complaint. Fed. R. Civ. P. 12(a)(1)(A)(i). Federal Rule of Civil Procedure 55 governs the two-step process for obtaining default judgment against parties who fail to respond. The first step is to request the clerk of court to enter default against a party. Under Federal Rule 55(a), "[w]hen a party against whom a judgment for affirmative

relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Fed. R. Civ. P. 55(a). Pursuant to Local Rule 77-2, "The Clerk is authorized to sign and enter orders specifically allowed to be signed by the Clerk under the Federal Rules of Civil Procedure and these local rules." Civil L.R. 77-2.

Here, Defendant El Manana was served in person on January 15, 2021. Exh. A. Accordingly, the deadline to file a responsive pleading was February 5, 2021. The proof of service is signed under penalty of perjury by the process server, and so the elements of a default are met and therefore, mandatory. Fed. R. Civ. P. 55(a). Thus, a default must enter.

## CONCLUSION

For all the foregoing reasons, the Court Clerk should grant this Motion and enter a default as to Defendant El Manana forthwith.

Dated: February 8, 2021.	Respectfully submitted,
	CASE LAW LTD.

	__/s/ Jeffrey L. Mendelman____
	JEFFREY L. MENDELMAN
	Attorney for Plaintiff

**EXHIBIT A**

- 4 -
MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT EL MANANA

Civil Action No.        4:20-cv-06822-JD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     El Manana Inc.  c/o Ramon Cantu
was received by me on *(date)*    01/11/2021               .

☐ I personally served the summons on the individual at *(place)*

on *(date)*                              ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
    , a person of suitable age and discretion who resides there,
on *(date)*           , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*    Brenda Salinas -Person In Charge Of Office    , who is
designated by law to accept service of process on behalf of *(name of organization)*   El Manana Inc.
on *(date)*    01/15/2021       ; or

☐ I returned the summons unexecuted because                                             ; or

☐ Other *(specify)*:


My fees are $    0         for travel and $    195.00     for services, for a total of $ 195   0.00   .

I declare under penalty of perjury that this information is true.

Date:    01/25/2021

*Server's signature*

Martin H. Vacca
*Printed name and title*

One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

*Server's address*

Additional information regarding attempted service, etc:

## [PROPOSED] ORDER

FOR GOOD CAUSE SHOWN, a default is hereby entered as to Defendant El Manana.

IT IS SO ORDERED.

DATED: _____

                                                 Clerk
                                                 United States District Court

| | PROOF OF SERVICE |
|---|---|
| 1 | |

I, JEFFREY L. MENDELMAN, declare:

I am, and at all times mentioned herein was, an active member of the State Bar of California and not a party to the above-entitled cause. My business address is 580 California Street, Fl. 12, San Francisco, CA, 94104.

I served the attached document by mailing a copy to:

El Manana Inc.
6010 McPherson Rd, Building C
Laredo, TX 78041

I declare that the foregoing is true and correct under penalty of perjury. Executed in Palo Alto, CA.

DATED: 2/8/21                  /s/ Jeffrey L. Mendelman
                                                   Jeffrey L. Mendelman