Joshua Koltun (Bar No. 173040)
Attorney
1 Sansome Street
Suite 3500, No. 500
San Francisco, California  94104
Telephone:  415.680.3410
Facsimile:  866.462.5959
joshua@koltunattorney.com

Attorney for Defendant Roe 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, | Case No.: 4:20-cv-06822-JD |
| Plaintiff, | DEFENDANT ROE 1's ADMINISTRATIVE MOTION TO FILE UNDER SEAL [L.R. 79-5(e)] |
| v. | |
| BORDERLAND BEAT, BLOGGER.COM, GOOGLE LLC, EL SIGLO DE TORREON, NOVENTO GRADOS, CODIGO ROJO NOTICIAS, INFOBAE, EL MANANA, REPORTE NIVEL UNO, OMNI, VALOR TAMAULIPECO REFORMA, EL NORTE, NOTICIAS PV NAYARIT, VANGUARDIA, and ROES 1-50, INCLUSIVE, | Filed Herewith: [Proposed] Order re Sealing |
| Defendants. | |

***ADMINISTRATIVE MOTION***

Pursuant to this Court's Order re Leave to Proceed in this Matter Under Pseudonym [D.E. 6] ("Pseudonym Order") and Local Rule 79-5(e), defendant Roe 1 ("Roe") hereby moves to file the following documents under seal:

a. Roe's Motion for Judgment on the Pleadings and [Proposed] Order

b. Roe's Special Motion to Strike (Anti-SLAPP Motion) and [Proposed] Order

c. Roe's Motion to Vacate Order re Leave to Proceed Under Pseudonym and [Proposed] Order

d. Declaration of Roe

e. Declaration of Joshua Koltun.

This motion is made solely to comply with this Court's Pseudonym Order and the Local Rules, and to avoid prejudice to any right Plaintiff Doe may have to seek to seal any material in the foregoing documents. Roe does not, however, advocate sealing any such documents, and, on the contrary, seeks to vacate this Court's Pseudonym Order. For the reasons stated in the Special Motion to Strike and Motion to Vacate, Roe contends that this matter is of the utmost public interest and denies that sealing of any such matter is appropriate.

Dated: May 19, 2021

\_\_\_\_\\s\\_____
Joshua Koltun
Attorney for Defendant Roe 1

***DECLARATION***

I, Joshua Koltun, declare as follows:

1. I am counsel of record for Roe 1 in this matter.

2. As explained in the Motion to Vacate the Pseudonym Order, that order not only permits Doe to proceed under a pseudonym, but bars the public disclosure of any "identifying information," which under the circumstances is a vague and potentially very broad order prohibiting public discussion of matters in this case, because under the circumstances any number of relevant facts or circumstances might be deemed "identifying."

3.  As explained in the Motion to Vacate and also the Special Motion to Strike, Doe disputes that *any* matters in this case should be under seal and on the contrary contends that the facts and circumstances of this case are of the utmost public interest.

4.  It is my understanding that Plaintiff's counsel would contend that the documents listed above all contain information that must be filed under seal. In light of the uncertainty as to what matters Plaintiff Doe may contend must be filed under seal, and in order to avoid prejudice to any such contention Doe may have, I therefore have taken the precaution of filing only the "Motions" portion of the foregoing three motions, i.e. without the accompanying Memorandum of Points and Authorities, in order to set the hearing dates. I am serving the complete Motions (i.e. with Memoranda of Points and Authorities), accompanied by the underlying Declarations thereto, on counsel for Doe, so that he can make whatever contentions he wishes concerning what matters contained therein should be sealed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 19, 2021 at San Francisco California.

*/s/ Joshua Koltun*

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Joshua Koltun, Attorney, 1 Sansome Street, Suite 3500/No. 500, San Francisco CA 94104.

On *May 19, 2021*, I served the following documents:

    a. Roe's Motion for Judgment on the Pleadings and [Proposed] Order

    b. Roe's Special Motion to Strike (Anti-SLAPP Motion) and [Proposed] Order

    c. Roe's Motion to Vacate Order re Leave to Proceed Under Pseudonym and [Proposed] Order

    d. Declaration of Roe

    e. Declaration of Joshua Koltun.

By *emailing* a true copy of the document(s) listed above to plaintiff's counsel of record herein at the following address:

Jeffrey L. Mendelman, at admin@caselawltd.com

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on *May 19, 2021* at San Francisco, California.
_____/s/_____

    Joshua Koltun