Joshua Koltun (Bar No. 173040)
Attorney
1 Sansome Street
Suite 3500, No. 500
San Francisco, California  94104
Telephone:  415.680.3410
Facsimile:  866.462.5959
joshua@koltunattorney.com

Attorney for Defendant Roe 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>          Plaintiff,<br><br>     v.<br><br>BORDERLAND BEAT, BLOGGER.COM, GOOGLE LLC, EL SIGLO DE TORREON, NOVENTO GRADOS, CODIGO ROJO NOTICIAS, INFOBAE, EL MANANA, REPORTE NIVEL UNO, OMNI, VALOR TAMAULIPECO REFORMA, EL NORTE, NOTICIAS PV NAYARIT, VANGUARDIA, and ROES 1-50, INCLUSIVE,<br><br>          Defendants. | Case No.: 4:20-cv-06822-KAW<br><br>DEFENDANT ROE 1's MOTION FOR JUDGMENT ON THE PLEADINGS<br><br>Date:     June 24, 2021<br>Time:    10:00 am<br>Court:   Webinar/Zoom<br>Judge:   The Hon. James Donato<br><br>*Filed Herewith:*<br><br>Declaration of Roe 1<br>[Proposed] Order<br><br>*Filed Concurrently:*<br>Special Motion to Strike (Anti-SLAPP Motion)<br>Motion to Vacate Order to Proceed Under Pseudonym |

### *MOTION*

TO PLAINTIFF JOHN DOE AND HIS COUNSEL OF RECORD: PLEASE TAKE NOTICE that on June 24, 2021 at 10:00 a.m., or as soon thereafter as counsel may be heard, by Zoom/Webinar as indicated on the Court's website or as otherwise ordered by the Court, defendant Roe 1 ("Roe") will move the Court under Federal Rule of Civil Procedure 12(c) for an order granting judgment on the pleadings as to the first cause of action in the Complaint. This motion is based upon the Memorandum of Points and Authorities that follows, on the Declaration of Roe 1 and the Exhibits thereto, all the pleadings, records and files in this case, and on such further material and argument as may be submitted at or before the hearing on this motion.

Roe respectfully seeks an order granting Judgment on the Pleadings as to Roe 1 and all other Defendants putatively liable for the Article in Borderland Beat (Roes 2-25, "Borderland Beat Defendants").

*[Because the Memorandum of Points and Authorities and the accompanying Declaration of Roe attach and make reference to materials that plaintiff contends should be filed under seal, Roe has submitted an Administrative Motion to File Under Seal, pursuant to Local Rule 79- 5(e) concerning such documents, which will be filed under seal or in this Court's public docket, as further directed by the Court. This version of the Motion is filed solely to set the relevant hearing dates.]*

Dated: May 19, 2021    _____\s_____
                       Joshua Koltun
                       Attorney for Defendant Roe 1