1   Joshua Koltun (Bar No. 173040)
    Attorney
2   1 Sansome Street
    Suite 3500, No. 500
3   San Francisco, California  94104
    Telephone:  415.680.3410
4   Facsimile:  866.462.5959
    joshua@koltunattorney.com
5
    Attorney for Defendant Roe 1
6

7               UNITED STATES DISTRICT COURT

8            NORTHERN DISTRICT OF CALIFORNIA

9   JOHN DOE,                              )   Case No.: 4:20-cv-06822-JD
                                           )
10                Plaintiff,               )   DEFENDANT ROE 1's SPECIAL
                                           )   MOTION TO STRIKE
11        v.                               )   (Anti-SLAPP Motion)
                                           )
12  BORDERLAND BEAT, BLOGGER.COM,          )   Date:    June 24, 2021
    GOOGLE LLC, EL SIGLO DE TORREON,       )   Time:    10:00 am
13  NOVENTO GRADOS, CODIGO ROJO            )   Court:   Webinar/Zoom
    NOTICIAS, INFOBAE, EL MANANA,          )   Judge:   The Hon. James Donato
14  REPORTE NIVEL UNO, OMNI, VALOR         )
    TAMAULIPECO REFORMA, EL NORTE,         )   Filed herewith:
15  NOTICIAS PV NAYARIT, VANGUARDIA,       )
    and ROES 1-50, INCLUSIVE,              )   Declaration of Joshua Koltun
16                                         )   Declaration of Roe
                  Defendants.              )   [Proposed] Order
17                                         )
                                           )   Filed Concurrently
18                                         )
                                           )   Motion for Judgment on the Pleadings
19                                         )   Motion to Vacate Order Permitting Doe to
                                           )   Proceed Pseudonymously
20  _____

21

22

23

24

25

26

27

28

Joshua Koltun ATTORNEY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joshua Koltun ATTORNEY

TO PLAINTIFF DOE AND HIS COUNSEL OF RECORD: PLEASE TAKE NOTICE that on June 24, 2021, at 11:00 a.m., or as soon thereafter as counsel may be heard, by Zoom/Webinar as indicated on the Court's website or as otherwise ordered by the Court, defendant Roe 1 ("Roe") will appear and move the Court under California Code of Civil Procedure section 425.16 to strike the second, third, fifth and sixth causes of action in the Complaint. This motion is based upon the Memorandum of Points and Authorities that follows, on the Declarations of Roe and of Joshua Koltun all submitted herewith, on the Motion for Judgment on the Pleadings and Memorandum of Points and Authorities in Support thereof, and on all the pleadings, records and files in this case, and on such further material and argument as may be submitted at or before the hearing on this motion.

Defendant Roe respectfully requests this Court to strike the Negligence *Per Se,* Negligence, Intentional Infliction of Emotional Distress and Negligent Infliction of Emotional Distress claims, as to Roe Defendants 1-25 (i.e. all defendants associated with Borderland Beat, hereinafter "Borderland Beat Defendants,"), for the reasons stated below, and to award reasonable attorney fees in an amount to be determined upon separate motion.

*[Because the Memorandum of Points and Authorities and the accompanying Declarations of Roe and Joshua Koltun attach and make reference to materials that plaintiff contends should be filed under seal, Roe has submitted an Administrative Motion to File Under Seal, pursuant to Local Rule 79- 5(e) concerning such documents, which will be filed under seal or in this Court's public docket, as further directed by the Court. This version of the Motion is filed solely to set the relevant hearing dates.]*

Dated:  May 19, 2021                    _____\s_____
                                        Joshua Koltun
                                        Attorney for Defendant Roe 1

Roe 1 Special Motion to Strike                                              4:20-cv-06822 JD