Joshua Koltun (Bar No. 173040)
Attorney
1 Sansome Street
Suite 3500, No. 500
San Francisco, California 94104
Telephone: 415.680.3410
Facsimile: 866.462.5959
joshua@koltunattorney.com

Attorney for Defendant Roe 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, | Case No.: 4:20-cv-06822-JD |
| Plaintiff, | DEFENDANT ROE 1's MOTION TO VACATE THIS COURT'S ORDER Re: LEAVE TO PROCEED IN THIS MATTER UNDER A PSEUDONYM (D.E. 6) |
| v. | |
| BORDERLAND BEAT, BLOGGER.COM, GOOGLE LLC, EL SIGLO DE TORREON, NOVENTO GRADOS, CODIGO ROJO NOTICIAS, INFOBAE, EL MANANA, REPORTE NIVEL UNO, OMNI, VALOR TAMAULIPECO REFORMA, EL NORTE, NOTICIAS PV NAYARIT, VANGUARDIA, and ROES 1-50, INCLUSIVE, | Date: June 24, 2021<br>Time: 10:00 am<br>Court: Webinar/Zoom<br>Judge: The Hon. James Donato |
| | Filed herewith: |
| Defendants. | Declaration of Joshua Koltun<br>Declaration of Roe 1<br>[Proposed] Order |
| | Filed concurrently:<br>Motion for Judgment on the Pleadings<br>Special Motion to Strike (Anti-SLAPP Motion) |

***MOTION***

TO PLAINTIFF JOHN DOE AND HIS COUNSEL OF RECORD: PLEASE TAKE NOTICE that on June 24, 2021, at 10:00 a.m., or as soon thereafter as counsel may be heard, by Zoom/Webinar as indicated on the Court's website or as otherwise ordered by the Court, Defendant Roe 1 ("Roe") will respectfully move that this Court vacate its Order Re: Leave to Proceed in this Matter Under A Pseudonym (DE 6, hereinafter "Pseudonym Order". This motion is based upon the Memorandum of Points and Authorities that follows, on the Declarations of Joshua Koltun and Roe 1, all submitted herewith, on all the pleadings, records and files in this case, and on such further material and argument as may be submitted at or before the hearing on this motion.

*[Because the Memorandum of Points and Authorities and the accompanying Declaration of Roe and Joshua Koltun attach and make reference to materials that plaintiff contends should be filed under seal, Roe has submitted an Administrative Motion to File Under Seal, pursuant to Local Rule 79- 5(e) concerning such documents, which will be filed under seal or in this Court's public docket, as further directed by the Court. This version of the Motion is filed solely to set the relevant hearing dates.]*

Dated: May 19, 2021

\_\_\_\_\_\\s\\_____
Joshua Koltun
Attorney for Defendant Roe 1

- 1 -

Roe 1 Motion to Vacate Order     4:20-cv-06822 JD