Jeffrey L. Mendelman (SBN 305629)
CASE LAW LTD.
580 California Street, 12th Floor
San Francisco, CA 94104
Phone: (833) 227-3583
Fax Number: (415) 520-5405
Email: admin@caselawltd.com

Attorney for Plaintiff JOHN DOE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>vs.<br><br>BORDERLAND BEAT, EL SIGLO DE TORREON, NOVENTA GRADOS, CODIGO ROJO NOTICIAS, INFOBAE, EL MANANA, REPORTE NIVEL UNO, OMNIA, VALOR TAMAULIPECO, REFORMA, EL NORTE, NOTICIAS PV NAYARIT, VANGUARDIA, and ROES 1-50, inclusive,<br><br>    Defendants. | Case No.: 3:20-cv-06822-JD<br><br>**OBJECTION TO "AMENDED" ADMINISTRATIVE MOTION TO FILE UNDER SEAL D.E. 31** |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff John Doe objects to Defendant Roe 1's filing D.E. 31, to wit, "Amended Administrative Motion to File Under Seal" as it was not filed with leave of court and filed after Plaintiff John Doe had already partially responded to D.E. 26, Defendant Roe 1's "Administrative Motion to File Under Seal". It is not clear what rule

Defendant Roe 1 is relying on to file an "amended" motion after waiting the entirety of the time for Plaintiff John Doe to file his response, i.e. 4 days. Indeed, Defendant Roe 1 did not file her "amended" motion until Plaintiff John Doe had already filed and served his response. Fed. R. Civ. Proc. 15 deals with amended and supplemental *pleadings*, not motions. Fed. R. Civ. Proc. 7 differentiates between pleadings and motions. Fed. R. Civ. Proc. 6(b) discusses extending time for motions *by the Court*, which Defendant Roe 1 did not seek leave of. Indeed, it appears that Defendant Roe 1 actually filed her so-called "amended" motion in order to *reply* to Plaintiff John Doe's filing, which is procedurally inappropriate. Therefore, Plaintiff objects to the filing, asks that the Court sustain the objection and rule on the Administrative Motion to File Under Seal D.E. 26.

```
                            _____/s_____
                            Jeffrey L. Mendelman
                            Attorney for Plaintiff Doe
```

CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2021, the foregoing OBJECTION TO "AMENDED" ADMINISTRATIVE MOTION TO FILE UNDER SEAL D.E. 31 was filed with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all counsel who have made an appearance in this action.

Dated: May 25, 2021

                                                      /s
                                    Jeffrey L. Mendelman
                                    Attorney for Plaintiff Doe