Jeffrey L. Mendelman (SBN 305629)
CASE LAW LTD.
580 California Street, 12th Floor
San Francisco, CA 94104
Phone: (833) 227-3583
Fax Number:  (415) 520-5405
Email: admin@caselawltd.com

Attorney for Plaintiff JOHN DOE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>                     Plaintiff,<br><br>     vs.<br><br>BORDERLAND BEAT, EL SIGLO DE TORREON, NOVENTA GRADOS, CODIGO ROJO NOTICIAS, INFOBAE, EL MANANA, REPORTE NIVEL UNO, OMNIA, VALOR TAMAULIPECO, REFORMA, EL NORTE, NOTICIAS PV NAYARIT, VANGUARDIA, and ROES 1-50, inclusive,<br><br>                     Defendants. | Case No.: 3:20-cv-06822-JD<br><br>**DECLARATION OF PLAINTIFF'S COUNSEL PURSUANT TO CIV. L.-R. 79-5(e)(1)** |

I, Jeffrey L. Mendelman, hereby declare as follows:

1.  I am Plaintiff John Doe's attorney of record in the above action.

2.  This is the declaration pursuant to Civ. L.R. 79-5(e)(1) referenced in the request for

    dismissal pursuant to Rule 41(a)(2) and initial declaration (Dkt. 30), which is hereby

    incorporated by reference.

3.  Plaintiff Doe submits the following pursuant to Civ. L.R. 79-5(d)(1)(A) as

incorporated by Civ. L.R. 79-5(e)(1).

    a.  The Court ordered at the outset of this complaint, the Order Re: Leave To

       Proceed In This Matter Under A Pseudonym. Dkt. 6. That order precludes the

       disclosure of Plaintiff John Doe's identity.

    b.  The motions and exhibits thereto that Defendant Roe 1 seeks to file

       unredacted with this Court literally state Plaintiff John Doe's identity and

       literally re-file with the Court the publications and sensitive information that

       form the basis of this lawsuit. The motions and exhibits thereto include:

          i.  Defendant Roe 1's Motion to Vacate Order

         ii.  Defendant Roe 1's Proposed Order Granting Motion to Vacate Order

        iii.  Defendant Roe 1's Motion for Judgment on the Pleadings

        iv.  Defendant Roe 1's Special Motion to Strike

         v.  Defendant Roe 1's Proposed Order Granting Special Motion to Strike

        vi.  Declaration of Joshua Koltun

       vii.  Koltun Exhibits 1 to 5

            1.  Exhibit 1 circumstantially identifies Plaintiff John Doe.

            2.  Exhibit 2 is a sealed court document that Defendant Roe 1's

               Counsel declares he found through some alternate database.

            3.  Exhibit 3 is a sealed court document that Defendant Roe 1's

               Counsel declares he found through some alternate database.

            4.  Exhibit 4 identifies Plaintiff John Doe.

            5.  Exhibit 5 identifies Plaintiff John Doe.

        viii.  Declaration of Defendant Roe 1

           1.  In this declaration, Defendant Roe 1 discusses a confidential Fed. R. Evid. 408 communication.

        ix.  Roe Exhibits 1 to 11

           1.  Exhibit 1 is the publication at issue in this lawsuit.

           2.  Exhibit 2 is, according to Defendant Roe 1, the source document for the driver's license.

           3.  Exhibits 3, 4 and 5 (and 6, which appears to be an exact copy of Exhibit 5) are publications related to this lawsuit that identify Plaintiff John Doe.

c.  Given that Defendant Roe 1 essentially seeks to violate the Court's order directly and circumstantially, the only narrowly tailored approach is to redact out the identifying information. Defendant Roe 1's filings contain Doe-specific information that upends the entire lawsuit; hence the request to dismiss.

d.  As previously detailed, the reason that Plaintiff John Doe went forward with his lawsuit is that the Court allowed him to proceed under a pseudonym. Otherwise, he would have dismissed the lawsuit to not have to further breach his privacy to remedy his breach of privacy, i.e., "**where the injury litigated against would occur as a result of the disclosure of the plaintiff's identity**." *Doe v. Rostker*, 89 F.R.D. 158, 162 (N.D.Cal. 1981) (bold added).

e.  Plaintiff contends that the information related to his identity or identifying information should remain sealed pursuant to the Court's prior order unless and until the Court vacates that order.

f.  The information is private including phone numbers, health information, residential information, employment information, in addition to directly or indirectly disclosing Plaintiff John Doe's identity.

g.  Plaintiff John Doe is in reasonable fear for his safety and that of his family from the publication and distribution of his residential information, employment information, phone numbers, health information, and his driver's license number. He has several enemies who have the means and resources to track him down to injure or kill him. Cross referencing this private information with public records will allow his enemies to locate him and his family in order to cause them harm.

h.  In order to aid the Court in its rulings, Plaintiff Doe has created the following table which is also repeated in the proposed order, but with an additional column for the Court's rulings.

i.  Table:

| Document | Portion (page:line) | Specific and particularized reason |
|---|---|---|
| Defendant Roe 1's | i:12 | Identifies Doe's residence |

DECLARATION OF PLAINTIFF'S COUNSEL PURSUANT TO CIV. L.R. 79-5(e)(1)

| | | |
|---|---|---|
| Motion to Vacate Order | | |
| *Ibid.* | i:14-16 | Circumstantially identifies Doe |
| *Ibid*. | 1:13-24 | Directly and expressly identifies Doe and his residence |
| *Ibid.* | 2:10-18 | Circumstantially identifies Doe and his residence |
| *Ibid.* | 3:6-7 | Circumstantially identifies Doe |
| *Ibid.* | 3:21-27 | Circumstantially identifies Doe and states his residence |
| *Ibid.* | 4:1-9 | Circumstantially identifies Doe and states his residence, health information |
| *Ibid.* | 4:11-28 | Circumstantially identifies Doe and his employment, health |

| | | information |
|---|---|---|
| *Ibid.* | 5:8-10 | Circumstantially identifies Doe |
| *Ibid.* | 5:22-27 | Circumstantially identifies Doe, provides others instructions to obtain a sealed document |
| *Ibid.* | 7:27 | Circumstantially identifies Doe |
| *Ibid.* | 8:2-3 | Identifies Doe's residence |
| *Ibid.* | 8:5 | Circumstantially identifies Doe |
| *Ibid.* | 8:11-12 | Circumstantially identifies Doe |
| *Ibid.* | 9:1-3 | Circumstantially identifies Doe |
| *Ibid.* | 9:8-12 | Circumstantially identifies Doe |
| *Ibid.* | 9:16-21 | Circumstantially identifies Doe |
| *Ibid.* | 11:7-13 | Directly identifies Doe |

| | | |
|---|---|---|
| *Ibid.* | 11:18-23 | Circumstantially identifies Doe |
| *Ibid.* | 12:28 | Identifies Doe's residence |
| *Ibid.* | 13:15 | Identifies Doe's residence |
| *Ibid.* | 14:2-3 | Circumstantially identifies Doe |
| *Ibid.* | 14:11-13 | Circumstantially identifies Doe |
| Defendant Roe 1's Proposed Order Granting Motion to Vacate Order | 1:8-22 | Circumstantially identifies Doe |
| Defendant Roe 1's Motion for Judgment on the Pleadings | 1:27-28 | Circumstantially identifies Doe. |

DECLARATION OF PLAINTIFF'S COUNSEL PURSUANT TO CIV. L.R. 79-5(e)(1)

| *Ibid.* | 3:3-4 | Circumstantially identifies Doe |
| Defendant Roe 1's Special Motion to Strike | i: 12-13 | Circumstantially identifies Doe |
| *Ibid.* | 1:20-28 | Directly identifies Doe |
| *Ibid.* | 2:1-3 | Circumstantially identifies Doe |
| *Ibid.* | 2:19-26 | Circumstantially identifies Doe, discusses his health information and residence |
| *Ibid.* | 3:1 | Circumstantially identifies Doe |
| *Ibid.* | 3:10-13 | Circumstantially identifies Doe |
| *Ibid.* | 4:17-27 | Circumstantially identifies Doe; states his residence, employment |
| *Ibid.* | 5:1-5 | Circumstantially |

DECLARATION OF PLAINTIFF'S COUNSEL PURSUANT TO CIV. L.R. 79-5(e)(1)

| | | identifies Doe, contains health information |
|---|---|---|
| *Ibid.* | 5:8 | Circumstantially identifies Doe |
| *Ibid.* | 5:10-28 | Directly identifies Doe, discusses his residence, health information and employment |
| *Ibid.* | 6:1-4 | Circumstantially identifies Doe |
| *Ibid.* | 6:9-12 | Circumstantially identifies Doe |
| *Ibid.* | 6:19-20 | Circumstantially identifies Doe |
| *Ibid.* | 6:24-26 | Discusses sealed document |
| *Ibid.* | 8:4-5 | Circumstantially identifies Doe |
| *Ibid.* | 8:6-10 | Circumstantially identifies Doe |
| *Ibid.* | 8:14-15 | Circumstantially identifies Doe; discusses |

DECLARATION OF PLAINTIFF'S COUNSEL PURSUANT TO CIV. L.R. 79-5(e)(1)

| | | sealed documents |
|---|---|---|
| *Ibid.* | 8:20-28 | Circumstantially identifies Doe; discusses sealed documents |
| *Ibid.* | 10:24-25 | Circumstantially identifies Doe |
| *Ibid.* | 12:6-8 | Circumstantially identifies Doe; discusses his residence |
| *Ibid.* | 12:26-28 | Circumstantially identifies Doe |
| *Ibid.* | 13:4-8 | Circumstantially identifies Doe |
| *Ibid.* | 13:19-22 | Circumstantially identifies Doe |
| *Ibid.* | 14:8-11 | Circumstantially identifies Doe |
| *Ibid.* | 14:12-19 | Circumstantially identifies Doe |
| Defendant Roe 1's Proposed | 1:5-6 | Circumstantially identifies Doe |

DECLARATION OF PLAINTIFF'S COUNSEL PURSUANT TO CIV. L.R. 79-5(e)(1)

| | | |
|---|---|---|
| Order Granting Special Motion to Strike | | |
| *Ibid.* | 1:11-13 | Circumstantially identifies Doe; discusses his health information and residence |
| Declaration of Joshua Koltun | 1:4 | Directly identifies Doe |
| *Ibid.* | 1:6-10 | Directly and circumstantially identifies Doe |
| *Ibid.* | 1:14 | Circumstantially identifies Doe |
| *Ibid.* | 1:16-20 | Circumstantially identifies Doe; violates FRE 408 |
| *Ibid.* | 1:21-24 | Directly and circumstantially identifies Doe |

DECLARATION OF PLAINTIFF'S COUNSEL PURSUANT TO CIV. L.R. 79-5(e)(1)

| | | |
|---|---|---|
| *Ibid.* | 2:1-3 | Circumstantially identifies Doe; violates FRE 408 |
| Koltun Exhibits 1 to 5 | No page numbers identified – Exh. 1 | Circumstantially identifies Doe |
| *Ibid*. | Exh. 2 | Directly identifies Doe; has been sealed by the court of competent jurisdiction |
| *Ibid.* | Exh. 3 | Directly identifies Doe; has been sealed by the court of competent jurisdiction |
| *Ibid.* | Exh. 4 | Directly identifies Doe |
| *Ibid.* | Exh. 5 | Directly identifies Doe |
| Declaration of Defendant Roe 1 | 1:9-10 | Circumstantially identifies Doe |
| *Ibid.* | 2:1-4 | Circumstantially identifies Doe; violates |

| | | FRE 408 |
|---|---|---|
| Roe Exhibits 1 to 11 | No page numbers identified – Exh. 1 | Directly identifies Doe; violates 18 USC § 2724; discusses Doe's health information, residence & employment |
| *Ibid*. | Exh. 2 | Directly identifies Doe; violates 18 USC § 2724 |
| *Ibid*. | Exh. 3 | Directly identifies Doe |
| *Ibid.* | Exh. 4 | Directly identifies Doe; residence |
| *Ibid.* | Exh. 5 | Directly identifies Doe; residence |
| *Ibid.* | Exh. 6 [note this appears to be the same exhibit as Exh. 5] | Directly identifies Doe; residence |

j.   In Defendant Roe 1's amended motion, Defendant Roe 1 seeks to get into the merits of whether D.E. 6 is a "gag order" and whether it chills speech. Defendant Roe 1 failed to tell the Court that Roe 1 already publicly declared D.E. 6 *not a gag order*. (Exh. A.) Exhibit A is a true and correct copy of Borderland Beat's post from October 26, 2020.

DECLARATION OF PLAINTIFF'S COUNSEL PURSUANT TO CIV. L.R. 79-5(e)(1)

k.  Thereafter, Borderland Beat continued to post about the case and hyperlink the documents from the case. (Exh. B.) Exhibit B is a true and correct copy of Borderland Beat's post from January 28, 2021.

l.  On information and belief, Borderland Beat has in fact used the lawsuit to drum up publicity and raise funds.

I declare under penalty of perjury that the foregoing is true and correct. Executed May 28, 2021 in New York, New York.

_____/s_____
Jeffrey L. Mendelman

DECLARATION OF PLAINTIFF'S COUNSEL PURSUANT TO CIV. L.R. 79-5(e)(1)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT A

DECLARATION OF PLAINTIFF'S COUNSEL PURSUANT TO CIV. L.R. 79-5(e)(1)



| | | |
|---|---|---|
| | More | Create Blog  Sign In |

| Home | BB Forum | Facebook |
|---|---|---|

Monday, October 26, 2020

## BORDERLAND BEAT SHUTS DOWN MONDAY 😔

**10/26/20: Update: we will close at 5, no posts no comments, but may be posting an announcement sometime this week, so check back...also it will post on Borderland Beat Twitter..** 

> All we've been hearing all week is, 'David vs. Goliath. Well, in the real story, who won? David, right?

Dear Borderland Beat Followers;

It is with much thought that the decision has been made to shut down Borderland Beat as of Monday, October 26th at 5PM mountain time.

Our plan as of now is to re-open in January 2021.

We will attempt to tweet on the BB Twitter page at @Borderland_Beat if it appears we can contribute in an effective way.

As for now, it is too difficult to continue the blog.

**Why?**

The decision was made as in the best interest of BB.

BB has come under attack in an unbelievable scenario, not a hack, but a person, a famous capo, each of you would know his name and his story.

He has filed a lawsuit with the federal court of the United States naming Borderland Beat as the defendant.

---

### Want to Contribute?

Send information, pictures or videos, you remain 100% anonymous.

Envía fotos, vídeos, notas, enlaces o información todo 100% Anónimo.

**General Mail Box:**

**borderlandbeat@gmail.com**

**Buggs**

**Mainboard/Forum Administrators:**

**Inquiries and Communications**

**BB Forum admin**

**Canadiana**

**Translator: "Cruz"**

**Research:**

**Gus**

**"Redlogarythm"**

**posts may contain**

strong violent material, discretion is advised.

**COMMENTS:**
We do not publish all comments, and we do not publish comments immediately. View **policy** on comments for more information.

Borderland Beat Forum Here

---

**Borderland Beat Book**

This is the first time in history that a capo of any magnitude, former or current, has sued a blog, or for that matter any news site.

It truly is mindboggling.

**What does he want?**

So far, money.

Which of course BB has none.

Buggs and all the contributors are volunteers.  Buggs has kept his project simple; volunteer generated, no paywall, and no advertising.

The litigation has the potential of becoming pricy.

'Capo' objected to an image.  An image where BB was not the breakout media source, that was Reforma/El Norte, then a number of blogs and media sites followed.

Contributors at BB are like independent contractors, no one 'approves' the posts.  As soon as the request was made to remove the images the entire post was removed.

**His name?**

Buggs has decided not to divulge the name because, since his first contact via his attorney, the capo requested and received a court order allowing him to sue as John Doe.

Although there isn't a gag order on the case, Buggs feels compelled to honor the order of anonymity to include BB not sharing his true name or moniker.

Capo has recently added a number of other blogs, media sites, and newspapers to the lawsuit as well as google.

These past two months have been incredibly stressful and uncertain.

The safety of contributors is always in question, but now with this, we are not sleeping well.

BB was founded on an idea for a project by its owner/founder Buggs.  To have this incredibly successful narco news source shut down forever in this way, must not be the path it is forced to take.

We love you people!  You have supported us, assisted us, championed us, encouraged us.  Without YOU supporters, BB would not have succeeded to the level it has. THANK YOU.

WE WILL BE BACK!!!

Borderland Beat Reporter Chivis Posted at 9:23 AM

---

Home                                                    Older Post



Author: Alex Marentes

**Strategic Notes on Third Generation Gangs**



R. Bunker Author-John Sullivan Editor

**Blog Archive**

▼ 2020 (1295)
  ▼ October (92)
    BORDERLAND BEAT SHUTS DOWN MONDAY 😞
    Footage of state police attempting to rescue CAF's...
    The Sinaloa Cartel and the 'Shark Case'
    Guanajuato: 21 killed in one day, 9 in León, whic...
    EL 85: Doing what drug lords do best

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT B

DECLARATION OF PLAINTIFF'S COUNSEL PURSUANT TO CIV. L.R. 79-5(e)(1)

    



*Blog dedicated to reporting on Mexican drug cartels on the border line between the US and Mexico.*

HOME   FORUM   NARCO TERMS   EVENTS   ABOUT   POLICY   CONTACT

Home » blog , Borderland Beat , journalist , lawsuit » Bringing Life to BB

Search

## WANT TO CONTRIBUTE?

**BORDERLAND BEAT**
*The Most Reliable Source of Information Related to the Mexican Drugs Cartels*

Send information, pictures or videos, you remain 100% anonymous.
*Envía fotos, vídeos, notas, enlaces o información todo 100% Anónimo.*

**General Mail Box:**
borderlandbeat@gmail.com

Want to be a contributor or citizen reporter for Borderland Beat?
We love to have you in our team, send us an email!

**WARNING:**
Posts may contain strong violent material, discretion is advised.

**COMMENTS:**
We do not publish all comments, and we do not publish comments immediately.

View policy on comments for more information.

## CONTRIBUTORS

Buggs

Chivis

Guest Reporter

MX

Yaqui

## BORDERLAND BEAT BOOK

# Bringing Life to BB

By Buggs    1/28/2021 12:30:00 AM    47 comments

By Buggs for Borderland Beat



*Dear Borderland Beat followers:*

We are moving and trying to bring Borderland Beat back to life, hopefully new and improved for 2021. We thank you for your patience and loyal support during these trying times. Borderland Beat remains one of the best sources for current and accurate information on the Mexican drug cartels, all made possible with your support, our followers! We are forever grateful. The Borderland Beat audience is one of the best well informed audience when it comes to the Mexican drug cartels.

We understand that the decision to suspend the website was deeply felt by our large number of followers, most of which are composed of US law enforcement and others who follow the events of drug cartels. We are making some significant changes to the blog, a new look that will be easier to navigate and allow for more features.

We are also trying out a new forum that integrates better with the blog in a seamless way. Please register, use a user name and set your information to private, unless you want the information you enter public.

Stay tune, a lot of exciting things coming up.



*"Press, do not shoot!"*

Popular    Tags    Blog Archives


**Bringing Life to BB**
By Buggs for Borderland Beat Dear Borderland Beat followers: We are moving and trying to bring Borderland Beat back to life, hopefully new ...


**Two Properties Belonging to the Quintero Families Shot Up**
By Buggs for Borderland Beat Two properties belonging to Rafael Caro Quintero's family were shot up at last week in Caborca, Sonora. Th...


**Family massacre leaves 5 dead in Guanajuato**
"BBFollower" for Borderland Beat Neighbors gather near the crime scene while the police investigates the incident Five members of...


**Chihuahua police officers implicated in the kidnapping and murder of a couple in Ciudad Juárez**
"MX" for Borderland Beat The couple was forcibly taken from a home by Chihuahua State Police officers, investigators say Five mem...


**19 Guatemalan Migrants Executed**
By Buggs for Borderland Beat The charred bodies of 19 people, presumably Central American citizens, were found in various vehicles in the t...


**Hell in Tamaulipas: Gulf Cartel, Los Zetas and CDN, the deadly dispute for the border**
Chivis Martinez Borderland Beat Infobae  Embedded in the history of violence in Mexico, the two names of the Gulf Cartel and Los Ze...


**La Barbie's father-in-law claims not to be rich and gets a sentence review in the U.S.**
"MX" for Borderland Beat Édgar Valdez Villarreal, 'La Barbie' (left); Carlos Montemayor González (right) After being sent...

## BLOG ARCHIVE

▼ 2021 (20)
  ▼ January (20)



Author: Alex Marentes

## SUBSCRIBE

Email add   Submit

## STRATEGIC NOTES ON THIRD GENERATION GANGS



R. Bunker Author-John Sullivan Editor

## LAST 30 DAYS

**Chino Antrax Dead**
Chivis Martinez Borderland Beat I was sent a confirmation that José Rodrigo Aréchiga Gamboa aka Chino Antrax is dead and posted it is...

**Chino Antrax: What happened, the social media buzz and the missing mole**
Chivis Martinez Borderland Beat There is much speculation and theories as to what happened leading up to the death of José Rodrigo Ar...

**CJNG captures a Carteles Unidos leader "EL Ghost**

Yes, we are reorganizing and changing things but one thing that will not change is our commitment to produce reliable content and continue our mission to provide the best and complete picture of the activities from the Drug Trafficking Organizations (DTO). The unplugging of Borderland Beat was unprecedented, and it denied the sharing of vital information that is important in understanding what is happening in Mexico, something that frankly, mainstream media has failed to cover properly. We must continue to dedicate ourselves in the delicate task of researching and investigating the illicit activities of the Mexican drug cartels. If you want to get involved and can help in any way, please get ahold of me.

As many of you know Borderland Beat was named as a defendant in a privacy lawsuit along with a numerous other Mexican news outlets. The lawsuit was filed by San Francisco attorney Jeffrey Mendelman in federal court in September 2020 (Hyperink to doc 1).

He asked for and obtained permission from the Court to file the lawsuit under the pseudonym "John Doe."

He named "Borderland Beat" as one of the defendants, as well as yet-to-be-determined persons ("Roes") who are allegedly responsible for Borderland Beat.  Borderland Beat is not a legal entity, but an anonymous person with administrative privileges has responded to the complaint as "Roe 1."  She is being defended by Joshua Koltun, a First Amendment attorney with particular experience defending the right to speak anonymously (Hyperlink to Doc 15).

The parties recently filed the attached joint report that summarizes what is at issue in this case (Hyperlink to Doc 19).

Roe intends to defend the lawsuit vigorously to protect Borderland Beat's right to free speech and protect the anonymity of our contributors. Allowing organized crime to use the US legal system to kick down news outlets that report on Mexican crime syndicates is unacceptable. A lawsuit seeking $250,000 in reparations for damages is beyond belief.



*Killing the Messenger,*
*Will not Silence the Truth*

The Committee to Protect Journalists has reported that at least 56 journalists have been executed since 1992. I can assure you that we will do everything in our power to get Borderland Beat back in business and not allow anyone to intimidate us or silence us.

I plan to keep everyone informed on the progress of the legal proceedings here in this blog and share as much information as possible. Again, thank you for your loyalty and support for our Borderland Beat community.

Categories: blog, Borderland Beat, journalist, lawsuit

## RELATED POSTS:

**Journalist Dead Body Found**
Los Mochis, Sinaloa : The bloody and broken corpse of a radio journalist known for his broadcasts on drug trafficking was found Saturday on a highway... Read More

Mexican Military Detains 4 Burros Transporting 400...

Body of Missing LA, Ca Fire Fighter Found Burned n...

Another American Ex-Pat Missing in Baja, Ca

Ex-convict killed outside of a supermarket in Nuev...

Three police officers and one bystander killed in ...

The Cartel Project: The brutal murder of Veracruz ...

Suspect in the Jalisco ex-governor murder probe is...

Woman from Morelos was kidnapped and murdered afte...

Chihuahua police officers implicated in the kidnap...

Six people were killed outside a carwash in Guerrero

Hell in Tamaulipas: Gulf Cartel, Los Zetas and CDN...

Alfredo Castillo, the man who imprisoned Dr Mirele...

Family massacre leaves 5 dead in Guanajuato

Two Properties Belonging to the Quintero Families ...

Gulf Cartel faction operator linked to El Vaquero ...

The Fiestas of Santa Inés

La Barbie's father-in-law claims not to be rich an...

Mexico continues to pursue case against judge link...

Bringing Life to BB

19 Guatemalan Migrants Executed

► 2020 (1295)
► 2019 (1763)
► 2018 (1163)
► 2017 (620)
► 2016 (683)
► 2015 (807)
► 2014 (824)
► 2013 (754)
► 2012 (1051)
► 2011 (1645)
► 2010 (1402)
► 2009 (308)

## TOTAL PAGE VIEWS

# 212,906,415

**Rider* and torches his face-Video**
 Chivis Martinez Borderland Beat After days of fighting in El Aguaje, Michoacán, which is near Tepalcatepec, a group of CJNG sicarios abduct...

**Reports-Rumors of El Mencho being killed**
Chivis Martinez Borderland Beat Reports of El Mencho being dead is beginning to make its rounds on social media and on mainstream ne...

**Zacatecas: Gruesome video uploaded to social media of CJNG dismembering young girl**
Chivis Martinez Borderland Beat Sent by multiple followers Video removed by twitter.... A ghastly video was uploaded today to socia...





**Silence, Exile or the Grave**
Mexico: Journalists' Options - Silence, Exile or the Grave Inter Press Service Mexico City - Journalists are the target of such violence in Mexico… **Read More**



**Luis Cardona, the Mexican Journalist Who Narrates His Kidnapping with Drawings**
Normal 0 false false false EN-US X-NONE X-NONE MicrosoftInternet… **Read More**



**Sicarios Kidnap Mexican Radio Journalist**
Los Mochis, Sinaloa -- Gunmen killed the chief police investigator in the northern Mexican state of Sinaloa hours after he started investigating the… **Read More**



**Journalist Killed in Guerrero**
The editor-in-chief of the El Sol de la Costa newspaper has been murdered in southern Mexico.  Jorge Ochoa Martínez Chilpancingo, Gro — Journalist Jo… **Read More**

← Newer Post                    Home                    Older Post →

47 comments:

Anonymous  January 27, 2021 at 11:41 PM

Welcome back!!!

Reply

Anonymous  January 28, 2021 at 12:33 AM

Put up a way and we may donate to you.

Reply

 **Bigghedd1010**  January 28, 2021 at 12:36 AM

Awesome I look forward to the return of my favorite site ever

Reply

Anonymous  January 28, 2021 at 12:39 AM

I've been hurting without BB....glad you're back!

Reply

Anonymous  January 28, 2021 at 12:50 AM

Good luck!

Reply

Anonymous  January 28, 2021 at 12:56 AM

Bless you Buggs. I'm so very happy to see you and BB back! May I ask if Chivis is OK?

Reply

Anonymous  January 28, 2021 at 12:57 AM

Great to see you again !

**Reply**

Anonymous  January 28, 2021 at 1:20 AM

Thank you guys for being back.
I missed serious information about MX.

**Reply**

Anonymous  January 28, 2021 at 1:25 AM

I salute you, Buggs!!!

**Reply**

Anonymous  January 28, 2021 at 1:51 AM

Yesss!!! Welcome back I had to make a tweeter account just for you guys lol

**Reply**

 **Skuter202**  January 28, 2021 at 2:01 AM

Well done 👍👌

**Reply**

Anonymous  January 28, 2021 at 3:39 AM

We've missed you!
You're all doing important work!

**Reply**

Anonymous  January 28, 2021 at 3:40 AM

Thank you so much. It was really hard to keep track of what's going on without BB. Welcome back!

**Reply**

 **Nor*CaL**  January 28, 2021 at 4:31 AM

You mean no more digging through a bunch of horribly posted and non researched titles and articles that have nothing to do with each other and digging through a bunch of British people there just to talk shit cuz it's Reddit ?? As you can see we have been addicts without our drug here Buggs we been itching for ya... so uhhh same price still right!?? Lol glad you guys are back my mountain neighbor chivis as well

**Reply**

Anonymous  January 28, 2021 at 5:00 AM

Welcome back. Absolutely delighted. They may try to mute you but they will never succeed.

**Reply**

Anonymous  January 28, 2021 at 5:19 AM

Hope all goes well in court!

**Reply**

Anonymous  January 28, 2021 at 5:56 AM

Welcome back your excellent reporting was missed

**Reply**

Anonymous  January 28, 2021 at 6:32 AM

That is great news. Welcome back and a big thank you!

**Reply**

 **not securely anchored** January 28, 2021 at 6:39 AM

Thank you. As a Texan I found your old site informative, necessary, and started my day with it. Hope to see you again.

Reply

Anonymous January 28, 2021 at 7:15 AM

Bless you guys and gals!!!!! Welcome back!!!!! Great way to start 2021!! YESSSSSSS!!!!!!!!!

Reply

Anonymous January 28, 2021 at 7:17 AM

Bro... welcome back! 🙌🏻👏🏻🙌🏻👏🏻🙌🏻

Reply

Stepneysteve January 28, 2021 at 8:44 AM

So glad you're back

Reply

Anonymous January 28, 2021 at 8:57 AM

So glad yall are back and glad to hear you are fighting this legal sham!! Let us know how we can help.

Reply

Anonymous January 28, 2021 at 8:58 AM

Great to see you guys back.

Reply

Anonymous January 28, 2021 at 9:32 AM

Hope you're back to stay

Reply

Anonymous January 28, 2021 at 10:41 AM

Chapo snitched

Reply

   Replies

      Anonymous January 28, 2021 at 7:39 PM

      LMNO 🤣🤣🤣

   Reply

Anonymous January 28, 2021 at 11:02 AM

Praise Allah Buddha Chuy borderland beat is back yay yay kamusta chivis buggs everyone

Reply

Anonymous January 28, 2021 at 11:31 AM

We miss you Borderland Beat!

Reply

Anonymous January 28, 2021 at 11:43 AM

Welcome back you beautiful people. Reporters of the truth are a rare commodity these days. WE NEED YOU!

Give 'em hell, Chivis.

Reply

Anonymous  January 28, 2021 at 12:12 PM

Im very happy you guys are back,i really missed Borderland Beat.

Reply

Anonymous  January 28, 2021 at 12:25 PM

It was a hard time without BB and I am very glad that you all are back.I hope Chivis and Yaqui are doing well.
Keep on.

Reply

Anonymous  January 28, 2021 at 1:50 PM

I'm cautiously optimistic about the future of BB. I've followed you for 10+ years, but my opinion was tainted by seeing all the pro-Trump political stuff that was written in mainboard articles in the last year. It makes me question the credibility of facts presented in the articles, and wonder if many of them are just made up in order to make certain figures look good. I'll be reading BB with a bit more skepticism and fact-checking, but I'm still really excited that this great community is back :)

Reply

Replies

Anonymous  January 28, 2021 at 5:05 PM

What the fuck are you talking about bro. BB has never taken a political stance like that. Either cite the evidence or shut your mouth.

Reply

 Aussie Observer  January 28, 2021 at 3:44 PM

Where's 006? I need the greatest Sicario to return!
Buggs,Yaqui,Chivis,MX we have missed you and you have saved us from the Reddit purgatory.

Reply

Replies

Anonymous  January 28, 2021 at 7:28 PM

Lmao

Reply

Anonymous  January 28, 2021 at 9:32 PM

Welcome back,these last few months have been hell without you guys! Lol Chivas, Buggs, Yaqui and others we missed ya!

Reply

Anonymous  January 28, 2021 at 9:50 PM

Will we see El Tony posts here ? Hope not.

Reply

Anonymous  January 28, 2021 at 10:37 PM

Bienvenidos a casa...

Buena suerte.

Reply

Anonymous  January 29, 2021 at 8:56 AM

I worked with Jeffrey Mendelman,dude is just in it for money. He could care less about anything else.

Reply

Anonymous  January 29, 2021 at 3:05 PM

Welcome back, missed you

Reply

 Trialdog  January 29, 2021 at 4:39 PM

So glad you're back. Thank you.

Reply

AmigoAnónimo  January 29, 2021 at 5:56 PM

¡Muchas felicitaciones desde Acapulco, Guerrero! Ya nos hicieron mucha, pero mucha falta, la verdad. Ojalá que les salga bien todo con respeto a la demanda. Les agradezco muchísimo por su mera valentía.

ATT,
AmigoAnónimo

Reply

Anonymous  January 29, 2021 at 6:25 PM

Glad you guys are back need this site.

Reply

SteveD  January 30, 2021 at 11:51 AM

Thank God you guys are back! I have missed you so much! You are family to many of us and your brief closure made many of realize your immense importance to us. There is a gofundme site to help BB in their lawsuit and it's time I gave back to them for their years of service to us. Welcome back Guys!

Reply

Replies

Anonymous  January 30, 2021 at 7:23 PM

Where is the go fund me page? Post it here please

Reply

Anonymous  January 30, 2021 at 12:32 PM

Best narco blog there is. Welcome back!

Reply



Comments are moderated, refer to policy for more information.
*Envía fotos, vídeos, notas, enlaces o información*
*Todo 100% Anónimo;*
borderlandbeat@gmail.com

Copyright © 2021 Borderland Beat | Powered by Blogger

Design by FThemes | Blogger Theme by Lasantha - PremiumBloggerTemplates.com | NewBloggerThemes.com

1

2
CERTIFICATE OF SERVICE

3

4
I hereby certify that on May 28, 2021, the foregoing Declaration of Plaintiff's

5
Counsel Pursuant to Civ. L.R. 79-5(e)(1) with a proposed order was filed with the Clerk of

6
the District Court using the CM/ECF system, which sent notification of such filing to all

7
counsel who have made an appearance in this action.

8

9

10
Dated: May 28, 2021                          _____/s_____
                                             Jeffrey L. Mendelman
11                                           Attorney for Plaintiff Doe

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28