Joshua Koltun (Bar No. 173040)
Attorney
1 Sansome Street
Suite 3500, No. 500
San Francisco, California 94104
Telephone: 415.680.3410
Facsimile: 866.462.5959
joshua@koltunattorney.com

Attorney for Defendant Roe 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, | Case No.: 4:20-cv-06822-JD |
| Plaintiff, | [PROPOSED] ORDER GRANTING SPECIAL MOTION TO STRIKE |
| v. | |
| BORDERLAND BEAT, BLOGGER.COM, GOOGLE LLC, EL SIGLO DE TORREON, NOVENTO GRADOS, CODIGO ROJO NOTICIAS, INFOBAE, EL MANANA, REPORTE NIVEL UNO, OMNI, VALOR TAMAULIPECO REFORMA, EL NORTE, NOTICIAS PV NAYARIT, VANGUARDIA, and ROES 1-50, INCLUSIVE, | |
| Defendants. | |

Upon consideration of the briefs, arguments and evidence in support of and in opposition to the special motion to strike of Defendant Roe 1 ("Roe") the Court HEREBY FINDS AND ORDERS AS FOLLOWS:

Roe has met her initial burden under Cal. Code of Civil Procedure Section 425.16 ("Section 425.16").  The the Borderland Beat article ("Article"), which concerned the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, concerned an "official proceeding" and an "issue of public interest."

Doe has failed to carry his burden of stating and substantiating a claim as to the state causes of action asserted against Roe and the other defendants associated with Borderland Beat.

Posting an image of Doe's 1990 driver's license does not constitute negligence or negligence per se.  Neither does disclosing that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, both of which facts he voluntarily made public when he filed that information in the public docket of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

By the same token, Borderland Beat's Article cannot support an emotional distress claim, as none of the facts disclosed were "extreme and outrageous."

Moreover, even if publication were actionable in tort, it would nevertheless be protected by the First Amendment.

Therefore, the Second, Third, Fifth and Sixth Causes of Action are dismissed with prejudice as to all Roe 1 and all Defendants associated with Borderland Beat (Borderland Beat and Roes 2-25).

IT IS SO ORDERED.

Dated: June __, 2021

_____
The Honorable James Donato
United States District Judge