Joshua Koltun (Bar No. 173040)
Attorney
1 Sansome Street
Suite 3500, No. 500
San Francisco, California 94104
Telephone: 415.680.3410
Facsimile: 866.462.5959
joshua@koltunattorney.com

Attorney for Defendant Roe 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, | Case No.: 4:20-cv-06822-JD |
| Plaintiff, | DECLARATION OF JOSHUA KOLTUN |
| v. | |
| BORDERLAND BEAT, BLOGGER.COM, GOOGLE LLC, EL SIGLO DE TORREON, NOVENTO GRADOS, CODIGO ROJO NOTICIAS, INFOBAE, EL MANANA, REPORTE NIVEL UNO, OMNI, VALOR TAMAULIPECO REFORMA, EL NORTE, NOTICIAS PV NAYARIT, VANGUARDIA, and ROES 1-50, INCLUSIVE, | |
| Defendants. | |

Joshua Koltun declares as follows:

1. I am counsel of record for Defendant Roe 1 in this action.

2. I attach hereto as *Exhibit 1* a true and correct copy of excerpts of a 2003 Drug Enforcement Administration report that details the activities and arrest of ▮▮▮▮▮.

3. I attach hereto as *Exhibit 2* a true and correct copy of relevant excerpts from the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ that ▮▮▮ ▮▮▮ filed in the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I attach hereto as *Exhibit 3* a true and correct copy of the government's opposition to the ▮▮▮ Shortly after I was retained to represent Roe 1 in this action, I obtained the documents attached hereto as Exhibits 2 and 3 by performing searches on Lexis-Nexis, specifically, its Courtlink service. The Courtlink service is a database of documents downloaded from the public dockets of court websites by Lexis-Nexis, and presumably they downloaded it from the ▮▮▮ public docket, via PACER, at a time when it had not been placed under seal.

4. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, excerpts of which I attach hereto as *Exhibit 4.*

5. I attach hereto as *Exhibit 5* a true and correct copy of a search result on the ▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ of ▮▮▮▮▮▮▮▮▮▮ in ▮▮▮

//
//
//
//
//
//
//

- 1 -

6. In meeting and conferring with ████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████

I declare under penalty of perjury under the laws of the United States and California that the foregoing information is true and correct.

/s/ *Joshua Koltun*
Executed at San Francisco, May 19, 2021