Joshua Koltun (Bar No. 173040)
Attorney
1 Sansome Street
Suite 3500, No. 500
San Francisco, California 94104
Telephone: 415.680.3410
Facsimile: 866.462.5959
joshua@koltunattorney.com

Attorney for Defendant Roe 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, | Case No.: 4:20-cv-06822-JD |
| Plaintiff, | DECLARATION OF ROE 1 |
| v. | |
| BORDERLAND BEAT, BLOGGER.COM, GOOGLE LLC, EL SIGLO DE TORREON, NOVENTO GRADOS, CODIGO ROJO NOTICIAS, INFOBAE, EL MANANA, REPORTE NIVEL UNO, OMNI, VALOR TAMAULIPECO REFORMA, EL NORTE, NOTICIAS PV NAYARIT, VANGUARDIA, and ROES 1-50, INCLUSIVE, | |
| Defendants. | |

Defendant Roe 1 declares as follows:

1. Borderland Beat, named as a defendant, is a blog that reports on the activities of Mexican drug cartels. Borderland Beat is widely followed. Its posts have had more than 75,000,000 page views since the blog started in 2009. It does not have any corporate entity. I am a person that has certain administrative rights concerning the Borderland Beat blog.

2. The relevant article described in the Complaint from the Borderland Beat was published on or about June 23, 2020 ("Article"). A true and correct copy of that Article is attached hereto as *Exhibit 1*. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ a true and correct copy of which is attached hereto as *Exhibit 2.*

3. I attach as *Exhibits 3 to 6* articles that were published by some of the Newspaper defendants, that were referenced in the Complaint. The Borderland Beat Article was summarizing in English information contained in such Spanish-language articles.

4. Persons who post articles on the blog, many of whom live in Mexico, and others associated with the blog, do so anonymously. Reporters in Mexico and elsewhere who report on drug cartels live in well-founded fear for their own safety. I attach as *Exhibits 7 to 11* copy of reports by the Committee to Protect Journalists that detail the dangers faced by journalists in Mexico who report on the activities of the drug cartels.

5. On or about June 24, 2020, Borderland Beat received a notice from its internet service provider that it had received a complaint about the Article. In my administrative capacity at Borderland Beat, I removed certain information from the Article at that time.

6. The Borderland Beat article was posted by a person using the pseudonym "MX." I am not that person. MX also credited "TY 'lechef'" as a co-author, but this person's contribution does not relate to any matter at issue in this case. In any event, I am not "TY 'lechef,'" either.

7. ███████████████████████████████████████ I am the person that responded to the communication. ███████████████████████

8. On or about October 12, 2020, Doe's counsel emailed Borderland Beat copies of the Complaint and related documents in this case.

I declare under penalty of perjury under the laws of the United States and California that the foregoing information is true and correct.

/s/_____[name redacted]

Executed on May 19, 2021 at _____[place redacted].

*I attest that I have on file a copy of the original signed version of this Declaration. I have redacted identifying information herein to avoid prejudice to the right of the Declarant to anonymity.*

May 19, 2021                    /s/  *Joshua Koltun*_____
                                Joshua Koltun
                                Attorney for Defendant Roe 1

Joshua Koltun ATTORNEY

- 2 -

Declaration of Roe 1                                              4:20-cv-06822 JD