Jeffrey L. Mendelman (SBN 305629)
CASE LAW LTD.
580 California Street, 12th Floor
San Francisco, CA 94104
Phone: (833) 227-3583
Fax Number: (415) 520-5405
Email: admin@caselawltd.com

Attorney for Plaintiff JOHN DOE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>  Plaintiff,<br><br>vs.<br><br>BORDERLAND BEAT, EL SIGLO DE TORREON, NOVENTA GRADOS, CODIGO ROJO NOTICIAS, INFOBAE, EL MANANA, REPORTE NIVEL UNO, OMNIA, VALOR TAMAULIPECO, REFORMA, EL NORTE, NOTICIAS PV NAYARIT, VANGUARDIA, and ROES 1-50, inclusive,<br><br>  Defendants. | Case No.: 3:20-cv-06822-JD<br><br>**PLAINTIFF'S OBJECTIONS TO REPLY EVIDENCE (Civ. L.R. 7-3(d)(1))**<br><br>DATE: **July 29, 2021**<br>TIME: **10:00 a.m.**<br>DEPT: **Webinar/Zoom** |

PLAINTIFF HEREBY OBJECTS to the following paragraphs of Defendant Roe 1's reply evidence pursuant to Civ. L.R. 7-3(d)(1).

| Paragraph | Description (General) | Objection | Ruling (S = sustained; O = overruled) |
|---|---|---|---|
| 1 | Google privacy terms | Foundation FRE 104; Personal knowledge FRE 602; Hearsay FRE 802; Authenticity FRE 901 | |
| 2 | Roe 1's time-keeping | Best Evidence FRE 1004; Outside the scope FRE 104; Hearsay FRE 802 | |
| 3 | New hours | Best Evidence FRE 1004; Outside the scope FRE 104; unfair prejudice FRE 403 | |

DATED: July 7, 2021

Respectfully submitted,

_____/s_____
Jeffrey L. Mendelman
Attorney for Plaintiff