Jeffrey L. Mendelman (SBN 305629)
CASE LAW LTD.
580 California Street, 12th Floor
San Francisco, CA 94104
Phone: (833) 227-3583
Fax Number: (415) 520-5405
Email: admin@caselawltd.com

Attorney for Plaintiff JOHN DOE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>EL SIGLO DE TORREON, NOVENTA GRADOS, CODIGO ROJO NOTICIAS, INFOBAE, EL MANANA, REPORTE NIVEL UNO, OMNIA, VALOR TAMAULIPECO, REFORMA, EL NORTE, NOTICIAS PV NAYARIT, VANGUARDIA, and ROES 1-50, inclusive,<br><br>　　　　　　Defendants. | Case No.: 3:20-cv-06822-JD<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL** |

Due to jurisdictional issues and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby notices dismissal to the remaining defendants, to wit, El Siglo De Torreon, Noventa Grados, Codigo Rojo Noticias, Infobae, El Manana, Reporte Nivel Uno, Omnia, Valor Tamaulipeco, Reforma, El Norte, Noticias PV Nayarit, Vandugardia, and Roes 26-50.

DATED: July 7, 2021　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　_____/s_____
　　　　　　　　　　　　　　　　　　　　Jeffrey L. Mendelman
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff