Joshua Koltun (Bar No. 173040)
Attorney
1 Sansome Street
Suite 3500, No. 500
San Francisco, California  94104
Telephone:  415.680.3410
Facsimile:  866.462.5959
joshua@koltunattorney.com

Attorney for Defendant Roe 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BORDERLAND BEAT, et. al,<br><br>　　　　Defendants. | Case No.: 4:20-cv-06822-JD<br><br>DEFENDANT ROE 1's NOTICE OF APPEAL |

1  Defendant Roe 1 appeals to the United States Court of Appeals for the Ninth Circuit from the
2  Order Re Attorney's Fees and Reconsideration Requests, [DE 45, dated April 19, 2022], ***to the extent***
3  ***that*** the Order denied the Motion to Reconsider [DE 38] the Court's "termination" as "moot" [DE 36]
4  of the Motion to Vacate [DE 29, DE 31-6 (under seal)] the Court's Order re Leave to Proceed Under
5  Pseudonym [DE 6].  *See* Order, DE45 at 2:6-11.

6  The Representation Statement required by the Court of Appeals (Form 6) is attached hereto as
7  Exhibit A.

8  Dated:  May 18, 2022

    _____\s_____
    Joshua Koltun
    Attorney for Defendant Roe 1

EXHIBIT A

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
Roe 1 (Defendant)

Name(s) of counsel (if any):
Joshua Koltun

Address: 1 Sansome Street, Suite 3500, No. 500, San Francisco CA 94104
Telephone number(s): 415.680.3410
Email(s): joshua@koltunattorney.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
John Doe (Plaintiff)

Name(s) of counsel (if any):
Jeffrey L. Mandelman
Case Law Ltd.

Address: 580 California Street, 12th Floor, San Francisco CA 94104
Telephone number(s): 833.227.3583
Email(s): admin@caselawltd.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                              1                                    *New 12/01/2018*