FILED

SEP 1 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOHN DOE, | No. 22-15757 |
| Plaintiff-Appellee, | D.C. No. 3:20-cv-06822-JD<br>Northern District of California,<br>San Francisco |
| v. | |
| ROE 1, | ORDER |
| Defendant-Appellant, | |
| and | |
| GOOGLE LLC; et al., | |
| Defendants. | |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Appellant filed a notice of intent to file publicly (1) the opening brief and (2) Volume 3 of the excerpts of record (Docket Entry No. 6). *See* 9th Cir. R. 27-13(f). In response, appellee filed a motion (Docket Entry No. 11) to maintain under seal the opening brief and Volume 3 of the excerpts of record.

Appellant also filed a notice of intent to file publicly (1) the opposition to the motion to seal and (2) a request for judicial notice (Docket Entry No. 13). In response, appellee filed a motion (Docket Entry No. 14) to maintain under seal the opposition and the request for judicial notice.

The notices, the motions to seal, the oppositions to the motions to seal, and

MKS/MOATT

the request for judicial notice (Docket Entry Nos. 6, 11, 13, 14, 15) are referred to the panel assigned to decide the merits of this appeal.

The Clerk will maintain under provisional seal the notices, the motions to seal, the opposition to the July 29, 2022 motion to seal, and the request for judicial notice (Docket Entry Nos. 6-1, 11, 13, 14). The Clerk will also maintain under provisional seal the opening brief and Volume 3 of the excerpts of record (Docket Entry Nos. 6-2, 6-3, 6-4). The Clerk will file publicly Volumes 1 and 2 of the excerpts of record (Docket Entry No. 7).

The existing briefing schedule remains in effect.