UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 21 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JOHN DOE,

               Plaintiff-Appellee,

 v.

ROE 1,

               Defendant-Appellant,

EUGENE VOLOKH,

               Intervenor-Pending,

 and

GOOGLE LLC; et al.,

               Defendants.

No.   22-15757

D.C. No. 3:20-cv-06822-JD
Northern District of California,
San Francisco

ORDER

Before:  SILVERMAN and MILLER, Circuit Judges.

The motion to intervene filed by Eugene Volokh (Docket Entry No. 22) for

the sole purpose of seeking reconsideration of the court's September 1, 2022 order,

and no opposition having been filed, is granted.

The motion for reconsideration (included in Docket Entry No. 22), asking

the court to make a redacted version of the opening brief available to the public, is

granted.  Within 21 days of this order, appellant must submit for public filing a

redacted version of the opening brief that redacts appellee's name and identifying

MKS/MOATT

information.  The page numbering and citations in the public brief must remain the

same as in the sealed brief.

The optional reply brief remains due November 14, 2022.